# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　　Defendant. | Civil Action No. 13-1974 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of the plaintiff's Motion for Summary Judgment, ECF No. 13, the defendant's Motion for Summary Judgment, ECF No. 15, the related legal memoranda in support and in opposition, the administrative record, and the applicable law, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's Motion for Summary Judgment is DENIED; and it is further

**ORDERED** that the defendant's Cross-Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

*This is a final and appealable Order.*

Date: May 30, 2014

　
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge